May Term,
1861.

HALL
v.
HARRIS.

*C. C. Nave*, for the appellant.

---

### HALL v. HARRIS and Another.

Suit upon a promissory note, dated at "*Piqua, Ohio*," and payable at the Branch of the State Bank of *Ohio*, at that place.

*Held*, that the note bore on its face presumptive evidence that it was made in *Ohio*.

*Held*, also, that the makers of the note were estopped to deny the legal existence of the State Bank of *Ohio*, at the time the note was given.

Friday,
May 31

APPEAL from the *Grant* Common Pleas.

*Per Curiam.*—Suit upon four notes, of which we copy one as a sample of the others.

"$97 $\frac{05}{100}$

"On or before *January* 1, 1859, for value received, I promise to pay *Moffit & Johnson*, or order, at the *Piqua*

Branch of the State Bank of *Ohio*, the sum of ninety-two $\frac{05}{100}$ dollars, with ten per cent. interest from date, until paid, without any relief whatever from valuation or appraisement laws of *Indiana*.

"*Piqua, Ohio, Nov.* 5, 1858.                    JOHN F. HALL."

May Term,
1861.

MEIKEL
v.
THE GERMAN,
&c. SOCIETY.

This note shows, on its face, that it was made in *Ohio*.

The law of *Ohio* was pleaded, and proved by a certified copy from the Secretary of State of *Ohio*, under the seal of the State; which law authorized 10 per cent. interest.

The party was estopped by his note, to deny the existence, at its date, of the State Bank of *Ohio*.

We discover no error in the case.

The judgment is affirmed, with 5 per cent. damages and costs.

*A. Steele* and *H. D. Thompson*, for the appellant.

*John Brownlee*, for the appellees.